UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No: 23-19555-BKC-SMG
                                                          Chapter 13

ROUCHEN LU SUN
_____Debtors____/

## NOTICE OF WITHDRAWAL OF DOCKET ITEM

Debtor, ROUCHEN LU SUN, by and through undersigned counsel, hereby withdraws CP #18, as it was filed in error.

**I HEREBY CERTIFY** that a true copy of the above Notice was efiled/mailed to **Robin Weiner, Trustee**, and to all creditors and interested parties on the attached Service List,

this 14 day of December, 2023.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                        Law Offices of David Kovari, P.A.
                                        Attorneys for Debtor(s)
                                        2295 N.W. Corporate Blvd., Suite 117
                                        Boca Raton, Florida 33431
                                        Telephone: (561) 417-8767

                                        By:_____
                                            DAVID KOVARI
                                            FBN:0104914

```
Label Matrix for local noticing          American Express National Bank         American Express
113C-0                                   80 Minuteman Rd                        PO Box 981537
Case 23-19555-SMG                        P.O. Box 9043                          El Paso, TX 79998-1537
Southern District of Florida             Andover, MA 01810-0943
Fort Lauderdale
Thu Dec 14 14:54:15 EST 2023

American Express National Bank, AENB     Boynton Health                         Broward County Tax Collector
c/o Zwicker and Associates, P.C.         410 Church St SE                       115 S. Andrews Ave #100
Attorneys/Agents for Creditor            Minneapolis, MN 55455-0222             Fort Lauderdale, FL 33301-1888
P.O. Box 9043
Andover, MA 01810-0943


Centerpoint Energy                       Chao Yang                              (p)JPMORGAN CHASE BANK  N A
PO Box 4671                              c/o George E Warner Esq                BANKRUPTCY MAIL INTAKE TEAM
Houston, TX 77210-4671                   Warner Law LLC                         700 KANSAS LANE FLOOR 01
                                         120 South Sixth St, Suite 1515         MONROE LA 71203-4774
                                         Minneapolis, MN 55402-1817


Citi                                     Citicards CBNA                         Clerk of Court
PO Box 6190                              5800 S Corporate Place 234             Hennepin County District Court
Sioux Falls, SD 57117-6190               Sioux Falls, SD 57108-5027             300 South Sixth St C-3
                                                                                Minneapolis, MN 55487-0332


(p)CREDIT CORP SOLUTIONS INC             Discover Bank                          (p)DISCOVER FINANCIAL SERVICES LLC
121 W ELECTION RD                        Discover Products Inc                  PO BOX 3025
SANDY UT 84020-7766                      PO Box 3025                            NEW ALBANY OH 43054-3025
                                         New Albany, OH  43054-3025


(p)EQUIFAX  INC                          Faire                                  Fairview
1550 Peachtree Street NE                 101 Potreto Ave                        500 Harvard St SE
Atlanta, GA 30309                        San Francisco, CA 94103                Minneapolis, MN 55455-0599


Internal Revenue Service                 Nordstrom TD Bank                      Office of the US Trustee
1700 Palm Beach Lakes Blvd, Ste 500      13531 E Caley Ave                      51 S.W. 1st Ave.
West Palm Beach, FL 33401-2013           Englewood, CO 80111-6505               Suite 1204
                                                                                Miami, FL 33130-1614


Paypal                                   Quantum3 Group LLC as agent for        Sudipto Banjeree
2211 N 1st St                            Credit Corp Solutions Inc              24635 Vista Cerritos
San Jose, CA 95131-2021                  PO Box 788                             Calabasas, CA 91302-3001
                                         Kirkland, WA  98083-0788


Syncb Amazon                             TD Bank/Target                         Wells Fargo Bank
PO Box 965065                            PO Box 673                             PO Box 10347
Orlando, FL 32896-5065                   Minneapolis, MN 55440-0673             Des Moines, IA 50306-0347


Xcel                                     David Kovari Esq                       Robin R Weiner
PO Box 9477                              2295 NW Corporate Blvd #117            Robin R. Weiner, Chapter 13 Trustee
Eau Claire, WI 54702                     Boca Raton, FL 33431-7330              Post Office Box 559007
                                                                                Fort Lauderdale, FL 33355-9007
```

Rouchen Lu Sun
924 NE 5th St
Hallandale, FL 33009-3598

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Bank USA NA
1191 E Newport Ctr DR, ste 101
Deerfield Beach, FL 33442

Credit Corp Solutions
121 W Election Rd, Suite 200
Draper, UT 84020

Discover Bank
PO Box 15316
Wilmington, DE 19850

Equifax
PO Box 740256
Atlanta, GA 30374

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30