UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In Re:<br><br>Rouchen Lu Sun,<br><br>                   Debtor. | Case Number 23-19555-SMG<br>Chapter 13 |

**NOTICE OF CHANGE OF ADDRESS FOR THE CREDITOR CHAO YANG**

**PLEASE TAKE NOTICE** that Chao Yang, a creditor in the above-captioned case [Claim 12], hereby files this Notice of Change of Address and requests that all future pleadings, memoranda, correspondence, orders, etc. be sent to:

<u>Old Address:</u>
Chao Yang
c/o George E. Warner, Esq.
Warner Law, LLC
120 South Sixth Street, Suite 1515
Minneapolis, Minnesota 55402

<u>New Address:</u>
Chao Yang
2332 West Belmont Avenue, Unit 3
Chicago, Illinois 60618

Dated: November 26th, 2024

_____
CHAO YANG, pro se
2332 West Belmont Avenue, Unit 3
Chicago, Illinois 60618